Rosekay Amusement Corporation, Respondent, v. Harry Holmden, Individually and as President of the International Alliance of Theatrical Stage Employees and Motion Picture Operators Union Local 306, and Another, Appellants, Impleaded with " John Doe," Individually and as President of Union Musicians Local No. 802, and Another, Defendants.

First Department, December 24, 1934.

*Jeremiah T. Mahoney* of counsel [*N. Taylor Phillips* with him on the brief; *Phillips, Mahoney, Leibell & Fielding*, attorneys], for the appellants.

*Melvin A. Albert* of counsel [*Milton C. Weisman* with him on the brief; *Weisman, Quinn, Allan & Spett*, attorneys], for the respondent.

PER CURIAM. For the reasons stated in *Bert Amusement Corp. v. Holmden* (243 App. Div. 81), decided herewith, the order should be affirmed, with twenty dollars costs and disbursements.

Present — FINCH, P. J., MERRELL, MARTIN, O'MALLEY and UNTERMYER, JJ.; FINCH, P. J., dissents and votes for modification.

FINCH, P. J. (dissenting in part). For the reasons stated in the dissenting opinion in *Bert Amusement Corp. v. Holmden* (243 App. Div. 81), decided herewith, the order appealed from should be modified by permitting peaceful picketing by at least two pickets and an immediate trial should be had of the action, and as so modified affirmed.

Order affirmed, with twenty dollars costs and disbursements.